UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| ANGELA J. SOULE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-1174 |
| ) | |
| v. ) | Honorable Gordon J. Quist |
| ) | |
| COMMISSIONER OF ) | **REPORT AND RECOMMENDATION** |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This is a social security action brought under 42 U.S.C. § 1383(c)(3) seeking review of a final decision of the Commissioner of Social Security denying plaintiff's claim for supplemental security income (SSI) benefits. Plaintiff filed her complaint on November 13, 2014. Defendant filed the certified administrative record on January 20, 2015. (docket # 8). On January 21, 2015, the court notified the parties of the briefing schedule in this matter. (docket # 9). Plaintiff's initial brief was due on February 25, 2015. (*Id.*). The court reiterated in an order entered on February 19, 2015, that plaintiff was required to file her initial brief "on or before February 25, 2015." (docket # 13). Plaintiff was expressly warned that failure to file her brief in a timely fashion could result in a recommendation to the district judge that this lawsuit be dismissed for failure to prosecute. (*Id.*). It is now three weeks past the deadline and plaintiff has not filed her brief. Plaintiff provides no explanation for her failure to comply with the court's orders. She has not identified any basis for disturbing the Commissioner's decision.

**Recommended Disposition**

For the reasons set forth herein, I recommend that plaintiff's complaint be dismissed for failure to prosecute.

Dated:  March 18, 2015            /s/  Phillip J. Green
                                  United States Magistrate Judge

**NOTICE TO PARTIES**

Any objections to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.  28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b).  All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b).  Failure to file timely and specific objections may constitute a waiver of any further right of appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).  General objections do not suffice.  *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).