UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANGELA J. SOULE,

    Plaintiff,      Case No. 1:14-CV-1174

v.      HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's March 18, 2015 Report and Recommendation recommending that the Court dismiss Plaintiff's complaint for failure to prosecute. The Report and Recommendation was duly served on Plaintiff on March 19, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued March 18, 2015 (dkt. #14), is **ADOPTED** as the Opinion of the Court, and Plaintiff's complaint is **DISMISSED with prejudice**.

A separate judgment will issue.

This case is **concluded**.


Dated: April 16, 2015                      /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE